# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

## No. 99-60575
### Summary Calendar
_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**LARRY MOORE,**

**Defendant-Appellant.**

--------------------
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:98-CR-23-ALL-B
--------------------
June 12, 2000

Before JOLLY, JONES and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Larry Moore has moved for leave to withdraw and has filed a brief in accordance with <u>Anders v. California</u>, 386 U.S. 738 (1967).  Moore was notified of counsel's motion and brief, and he has filed a request for different court-appointed counsel.  Our independent review of the record, and counsel's brief shows that there are no nonfrivolous issues for appeal.  Consequently, Moore's motion for different court-appointed counsel is DENIED, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.